

# NUMBER 13-17-00353-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JOSE JAIME RODRIGUEZ,                                              Appellant,

v.

BENITO GARZA JR.,                                                      Appellee.

### On appeal from the 430th District Court
### of Hidalgo County, Texas.

# MEMORANDUM OPINION

### Before Justices Contreras, Longoria, and Hinojosa
### Memorandum Opinion by Justice Hinojosa

Appellant, Jose Jamie Rodriguez, appealed a final protective order signed by the 430th District Court of Hidalgo County, Texas. Rodriguez filed an "*Anders* brief" in this Court. On June 5, 2018, the Clerk of this Court notified Rodriguez's counsel that his brief failed to explain, with references to authority, how the provisions of *Anders v. California*, 386 U.S. 738 (1967), and its progeny applied in the context of a civil protective order.

The Court ordered Rodriguez's counsel to file a supplemental brief within ten calendar days and warned that failure to do so may result in dismissal. *See* TEX. R. APP. P. 42.3. Rodriguez's counsel has not filed the supplemental brief that the Court requested.

The Court, having considered the documents on file and appellant's failure to file the supplemental brief requested, is of the opinion that the appeal should be dismissed. *See id.* R. 42.3(b),(c). Accordingly, the appeal is DISMISSED for want of prosecution. Any pending motions are DISMISSED AS MOOT.

LETICIA HINOJOSA
Justice

Delivered and filed the
28th day of June, 2018.

2